## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

**IN RE:**

**NELSON VARGAS CORDERO**  
**MARY J. RODRIGUEZ QUINONES**

**CASE NO 98-10612-ESL**

**CHAPTER 13**

**DEBTORS**

---

**IN RE:**

**NELSON VARGAS CORDERO**  
**MARY J. RODRIGUEZ QUINONES**

**PLAINTIFFSs**

  Vs.

**COOPERATIVA DE AHORRO Y CREDITO**  
**NUESTRA SRA. DE LA CANDELARIA;**  
**X, Y, and/or Z INSURANCE CO.;**  
**JOHN DOE and JANE ROE**

**ADV. NO.: 11-00151**

**VIOLATION OF DISCHARGE**  
**INJUNCTIVE RELIEF /**  
**CONTEMPT / DAMAGES**

**DEFENDANTS**

---

**JOSE CARRION MORALES**  
**CHAPTER 13 TRUSTEE/PARTY IN INTEREST**  
**CASE # 11-02484-BKT**

**************************************************************************

### CERTIFICATE OF MAILING AND SERVICE

The undersigned attorney hereby certifies that **on July 22, 2011**, a true and correct copy of the **COMPLAINT, SUMMONS AND PRE-TRIAL ORDER** was served, via certified mail postage prepaid, to: **COOPERATIVA DE AHORRO Y CREDITO NUESTRA SRA DE LA CANDELARIA, c/o E. RODRIGUEZ BAEZ, EXECUTIVE PRESIDENT, at: P.O. Box 3249, Manati, P.R. 00674**; and to the Law Offices of Roberto O. Maldonado Nieves, Esq. at Calle 7 N.E. # 344, Esq. Franklin D. Roosevelt, Oficina 1-A, San Juan, P.R. 00921. Evidence of service by certified mail is included with this filing.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing Certificate of Mailing and Service with the Clerk of Court using the CM/ECF system which will send notice to the Office of The U.S. Trustee: Monsita Lecaroz, Esq.; the Office of the Chapter 13 Trustee: Jose R Carrion Morales, Esq., and, on information and belief, to the Cooperativa de Ahorro y Credito Nuestra Senora de la Candelaria and/or to its bankruptcy counsel on record with the Clerk of Court at the email address available on file with the Clerk of Court. Upon knowing that any of the above-named persons are not CM/ECF participants, we will serve this Certificate by regular U.S. Mail.

**RESPECTFULLY SUBMITTED,**

In Arecibo, Puerto Rico, this 27th day of July, 2011.

By: _____
Edwin Matos Maldonado, Esq.
*Lead Attorney*

**EDWIN MATOS MALDONADO**
**USDC 226403**
**FELIX M ZENO GLORO**
**USDC 124212**
**LIAVANESSA FONTANEZ RUIZ**
**USDC 213707**

**Attorneys for Plaintiff**
**PO BOX 1945; ARECIBO PR 00613**
**TEL 879-1760 ; FAX 880-2756**
**tribunal@zenogloro.com**



