IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>NELSON VARGAS CORDERO<br>MARY J RODRIGUEZ QUINONES<br>Debtor(s)<br><br>NELSON VARGAS CORDERO<br>MARY J RODRIGUEZ QUINONES<br>Plaintiff(s)<br><br>COOPERATIVA A/C NUESTRA SENORA DE LA CANDELARIA, ET AL.<br>Defendant(s) | CASE NO. 98-10612 ESL<br>Chapter 13<br>ADVERSARY NO. 11-00151 ESL<br><br><br><br><br><br>FILED & ENTERED ON 09/01/2011 |

<u>ORDER AND NOTICE</u>

The pretrial scheduled for 11/21/2011 is hereby rescheduled to 11/18/2011 at 10:00 A.M.

The Clerk shall give notice to all parties in interest.

San Juan, Puerto Rico, this 01 day of September, 2011.

*[signature]*

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: DEBTORS
    EDWIN MATOS MALDONADO
    COOPERATIVA A/C NUESTRA SENORA DE LA CANDELARIA