IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| NELSON VARGAS CORDERO | CASE NO. 98-10612 ESL |
| MARY J. RODRIGUEZ QUINONES | CHAPTER 13 |
| Debtors | ADVERSARY NO. 11-0151 |
| NELSON VARGAS CORDERO | |
| MARY J. RODRIGUEZ QUINONES | |
| Plaintiffs | |
| COOPERATIVA A/C NUESTRA SEÑORA DE LA CANDELARIA | FILED & ENTERED ON 10/07/2011 |
| Defendant(s) | |

## ORDER

The motion for the entry of Default Judgment against defendant, filed by debtor-plaintiffs (docket entry #12) is hereby denied. See docket entry #13.

SO ORDERED.

San Juan, Puerto Rico, this 7th day of October, 2011.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC:  DEBTORS
     FELIX M ZENO GLORO
     COOP A/C NTRA SRA DE LA CANDELARIA
     CYNTHIA NAVARRO