IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| NELSON VARGAS CORDERO | CASE NO. 98-10612 ESL |
| MARY J. RODRIGUEZ QUINONES | CHAPTER 13 |
| Debtor(s) | ADVERSARY NO. 11-0151 |
| | |
| NELSON VARGAS CORDERO | |
| MARY J. RODRIGUEZ QUINONES | |
| Plaintiffs | |
| COOPERATIVA A/C NUESTRA SENORA DE LA CANDELARIA | FILED & ENTERED ON 10/07/2011 |
| Defendant(s) | |

ORDER

The motion filed by defendant requesting a short extension of time (6 days) to answer the complaint (docket entry #14) is hereby granted.

SO ORDERED.

San Juan, Puerto Rico, this 7th day of October, 2011.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: DEBTORS
FELIX M ZENO GLORO
CYNTHIA NAVARRO
COOP NTRA SRA DE LA CANDELARIA