IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>NELSON VARGAS CORDERO<br>MARY J. RODRIGUEZ QUINONES<br><br>　　　　Debtor(s)<br><br>NELSON VARGAS CORDERO<br><br>　　　　Plaintiff<br><br>COOPERATIVA A/C NUESTRA SENORA DE LA CANDELARIA<br><br>　　　　Defendant(s) | CASE NO. 98-10612 ESL<br>CHAPTER 13<br><br>ADVERSARY NO. 11-0151<br><br><br><br><br><br>FILED & ENTERED ON 10/07/2011 |

<u>ORDER</u>

　　The motion filed by the debtor-plaintiffs in opposition to the defendant's extension of time (docket entry #15) is hereby denied.

　　SO ORDERED.

　　San Juan, Puerto Rico, this 7th day of October, 2011.

　　　　　　　　　　　　　　　　　　　　Enrique S. Lamoutte Inclan
　　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge

CC:　DEBTOR(S)
　　　FELIX M ZENO GLORO
　　　CYNTHIA NAVARRO
　　　COOP A/C NTRA SRA DE LA CANDELARIA