IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| NELSON VARGAS CORDERO | CASE NO. 98-10612 ESL |
| MARY J. RODRIGUEZ QUINONES | CHAPTER 13 |
| Debtors | ADVERSARY NO. 11-0151 |
| NELSON VARGAS CORDERO | |
| MARY J. RODRIGUEZ QUINONES | |
| Plaintiffs | |
| VS | |
| COOPERATIVA DE AHORRO Y CREDITO NUESTRA SENORA DE LA CANDELARIA | FILED & ENTERED ON 11/17/2011 |
| Defendant | |

<u>ORDER</u>

The motion requesting continuance of the pre-trial conference set for November 18, 2011, filed by defendant Cooperativa A/C Nuestra Señora de la Candelaria (docket entry #25) is hereby granted. The court will hold a status conference on this scheduled date.

SO ORDERED.

San Juan, Puerto Rico, this 17th day of November, 2011.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: DEBTORS
FELIX M ZENO GLORO
COOP A/C NTRA SRA DE LA CANDELARIA
CYNTHIA NAVARRO