UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:

**Debtor**: NELSON VARGAS CORDERO and MARY J. RODRIGUEZ QUINONES
**Case Number**: 11-00151-ESL  *Re 98-1 06/2*  **Chapter**: 13
**Date / Time / Room**: 11/18/2011 10:00 AM osjcrt2
**Bankruptcy Judge**: ENRIQUE S. LAMOUTTE
**Courtroom Clerk**: LILLIAN MORALES
**Reporter / ECR**: LORI ANNIE RODRIGUEZ

## Matter:

STATUS CONFERENCE

## Appearances:

JOSE R CARRION
FELIX M ZENO GLORO

## Proceedings:

ORDER:

X The parties are granted _45_ days to conclude discovery.

__ The parties are granted ___ days to file dispositive motions. Replies are due ___ days thereafter.

__ The motion to dismiss/for summary judgment must be opposed within ___ days. Replies are due ___ days thereafter.

__ The parties are granted ___ days to file a settlement agreement.

__ The pretrial hearing is continued to: _____.

__ Trial is scheduled for _4 hr. trial to be scheduled_

__ Plaintiff shall show cause within ___ days from notice of this order why the complaint should not be dismissed for failure to appear at the instant pretrial.

__ Defendant shall show cause within ___ days from notice of this order why judgment should not be entered in favor of plaintiff for failure to appear at the instant pretrial.

__ Other: _Ten (10) days prior to trial the parties shall file the uncontested facts, as well as proposed findings of fact and conclusions of law. Each finding of fact (other than the uncontested facts) shall refer to a document or witness._

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge