IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>NELSON VARGAS CORDERO<br>MARY J RODRIGUEZ QUINONES<br>      Debtor(s)<br><br>NELSON VARGAS CORDERO<br>MARY J RODRIGUEZ QUINONES<br>      Plaintiff(s)<br><br>COOPERATIVA AHORRO Y CREDITO<br>NUESTRA SENORA DE LA<br>CANDELARIA, ET AL.<br>      Defendant(s) | CASE NO. 98-10612 ESL<br><br>Chapter 13<br><br>ADVERSARY NO. 11-00151 ESL<br><br><br><br><br><br>FILED & ENTERED ON 01/31/2012 |

### ORDER AND NOTICE

A TRIAL is hereby scheduled for 05/08/2012 at 02:00 P.M. Ten (10) days prior to trial the parties shall file the uncontested facts, as well as proposed findings of fact and conclusions of law. Each finding of fact (other than the uncontested facts) shall refer to a document or a witness.

The Clerk shall give notice to all parties in interest.

San Juan, Puerto Rico, this 31 day of January, 2012.

                                          Enrique S. Lamoutte Inclan
                                            U. S. Bankruptcy Judge

CC: DEBTOR
    EDWIN MATOS MALDONADO
    CYNTHIA NAVARRO PAGAN
    JOSE RAMON CARRION MORALES