IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:** | |
| **NELSON VARGAS CORDERO** | **CASE NO. 98-10612 ESL** |
| **MARY J. RODRIGUEZ QUINONES** | **CHAPTER 13** |
| **Debtor(s)** | **ADVERSARY NO. 11-0151** |
| **NELSON VARGAS CORDERO** | |
| **MARY J. RODRIGUEZ QUINONES** | |
| **Plaintiff** | |
| **COOPERATIVA DE AHORRO Y CREDITO** | **FILED & ENTERED ON 04/23/2012** |
| **NUESTRA SEÑORA DE LA CANDELARIA** | |
| **(CANDEL-COOP), ET ALS.** | |
| **Defendant(s)** | |

**ORDER**

This case is before the court upon plaintiff's motion for sanctions against defendant's failure to comply with the discovery order (docket #37). The motion was filed on March 29, 2012, and as of this date, stands unopposed. The court has scheduled a trial for May 8, 2012 and has ordered the parties to file proposed findings of fact and conclusions of law ten (10) days prior to the trial (docket #34).

After considering the unopposed motion, the court grants the same in part and denies the same in part.

The court hereby ORDERS as follows:

1.    Defendant is PRECLUDED from taking plaintiff's deposition.

2.    The request to reschedule the trial is hereby DENIED.

1     SO ORDERED.

2     San Juan, Puerto Rico, this 23rd day of April, 2012.

3

4

5                                 Enrique S. Lamoutte Inclan
                                  U.S. Bankruptcy Judge
6

7     CC:   DEBTORS
            FELIX M ZENO GLORO
8           CANDEL COOP
            CYNTHIA NAVARRO
9           JOSE RAMON CARRION

10