# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

**NELSON VARGAS CORDERO**
**MARY J. RODRIGUEZ QUINONES**

**DEBTORS**

**CASE NO 98-10612-ESL**

**CHAPTER 13**

---

IN RE:

**NELSON VARGAS CORDERO**
**MARY J. RODRIGUEZ QUINONES**

**PLAINTIFFS**

Vs.

**COOPERATIVA DE AHORRO Y CREDITO**
**NUESTRA SENORA DE LA CANDELARIA;**
**JOHN DOE and JANE ROE;**
**X,Y, AND/OR Z INS. COS.**

**DEFENDANTS**

**ADV. NO.: 11-00151**

**VIOLATION OF DISCHARGE**
**INJUNCTIVE RELIEF /**
**CONTEMPT/DAMAGES**

---

**JOSE CARRION MORALES**
**CHAPTER 13 TRUSTEE/PARTY IN INTEREST**
**CASE # 11-02484**

---

## PLAINTIFFS' STATEMENT OF MATERIAL FACTS

**TO THE HONORABLE COURT:**

COME NOW, THE PLAINTIFFS in the above-captioned proceeding, acting through counsel and pursuant Local Rule 56(b) of the United States Court for the District of Puerto Rico, and file the following Statement of Material Facts in support of their motion for partial summary judgment on the issue of Defendant's liability for willful violation of the discharge injunction

1

and contempt of Court. It is the Plaintiffs' position that the following material facts are uncontested and support the granting of summary judgment on the issue of liability.

1. On July 31, 1998, Plaintiffs filed bankruptcy case # 98-10612-ESL, a chapter 13 case, in the Bankruptcy Court for the District of Puerto Rico. (See docket, bankruptcy case # 98-10612-ESL) (references to case # 98-10612 shall be to "Bkcy Dkt __"; references to the docket of this proceeding shall be to Adv. P. 11-00151)

2. Schedule F to the petition in case 98-10612 lists an unsecured claim for an account ending in 4059-2 in favor of the Cooperativa de Ahorro y Credito Nuestra Senora de la Candelaria ("CandelCoop" or "Defendant") (See Bkcy Dkt. 1, Schedule F)

3. CandelCoop was listed in the creditor mailing matrix in Bkcy # 98-10612-ESL. (See creditor mailing matrix in case 98-10612-ESL)

4. The Court issued notice to creditors of the filing of Debtors' case and of the section 341 meeting of creditors. (See Bkcy Dkt. 3, certificate of service)

5. CandelCoop was listed in the certificate of service giving notice of Debtors' bankruptcy case and of the 341 meeting of creditors. (Id.)

6. CandelCoop filed a proof of claim in case # 98-10612. (See Bkcy 98-10612-ESL, claims register, claims 6 & 9) (Adv. P. 11-00151, Complaint / Answer at par 11)

7. CandelCoop's claim was filed to collect on account ending in #4059 and/or 4059-2, for money loaned to Debtors. (Id.)

8. The Debtors received a discharge in case 98-10612-ESL. (See Bkcy Dkt. 11) (Adv. P. 11-00151, Complaint / Answer at par 10)

9. CandelCoop was issued notice of the order of discharge by the Court. (Id.); (Bkcy Dkt 13)

10. The address to which Candelcoop was issued notice of the discharge order is the same
address listed by CandelCoop in its proof of claim. (Dkt. 13; Case 98-10612 claims
register, claims 6, 9)

11. CandelCoop filed collection of money action # CM 10-1548, in First Instance Court of
Vega Baja ("Vega Baja court"). (See Complaint, Adv. P. 11-00151, Exhibit 1) (Adv. P.
Complaint / Answer par 18)

12. Debtors were served process for CandelCoop's collection of money action in Vega Baja
state court. (Id.) (Adv. P. 11-00151, Complaint / Answer par 20)

13. CandelCoop filed a motion in response to order in the state court attesting that the
Debtors' bankruptcy had not been granted. (See Complaint, Adv. P. 11-00151, Exhibit 2)
(Adv. P. 11-00151, Complaint / Answer par 24)

14. CandelCoop's action in Vega Baja state court was to collect on the same claim
discharged in bankruptcy case 98-10612. (Id.)

**RESPECTFULLY SUBMITTED,** In Arecibo, Puerto Rico, this 27th day of April, 2012.

By: _____

Edwin Matos Maldonado, Esq.
*Lead Attorney*, USDC 226403
**BUFETE ZENO GLORO**
**EDWIN MATOS MALDONADO**
**USDC 226403**
**FELIX M ZENO GLORO**
**USDC 124212**
**LIAVANESSA FONTANEZ RUIZ**
**USDC 213707**

*Attorneys for Plaintiff*
**PO BOX 1945; ARECIBO PR 00613**
**TEL 879-1760 ; FAX 880-2756**
**tribunal@zenogloro.com**

3