IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 98-10612 ESL |
| NELSON VARGAS CORDERO<br>MARY J. RODRIGUEZ QUINONES<br>    DEBTORS | Chapter 13 |
| NELSON VARGAS CORDERO<br>MARY J. RODRIGUEZ QUINONES<br>    PLAINTIFFS<br><br>    VS.<br><br>COOPERATIVA DE AHORRO Y CREDITO NUESTRA SEÑORA DE LA CANDELARIA; X, Y, and/or Z INSURANCE CO.; JOHN DOE AND JANE ROE<br>    DEFENDANTS<br><br>JOSE CARRION MORALES, Chapter 13 Trustee/Party in Interest | ADV. NO. 11-00151 ESL<br><br>VIOLATION OF DISCHARGE INJUCTIVE RELIEF/CONTEMPT/DAMAGES<br><br><br><br><br><br>**FILED & ENTERED ON 05/02/2012** |

### ORDER

The Motion for Reconsideration filed by COOPERATIVA DE AHORRO Y CREDITO LA CANDELARIA (docket #43) is hereby granted. The Trial scheduled for 5/8/2012 (docket #34) is hereby continued without a date. Defendants shall reply to the Plaintiff's Motion for Summary Judgment on the issue of liability (docket entry #42) within 30 days. The proposed findings of fact to be submitted for a Trial on

the merits and/or damages will conform to this Court's decision on the pending Motion for Summary Judgment.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 02 day of May, 2012.

*/s/ Lamoutte*

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: DEBTOR(S)
    FELIX M ZENO GLORO
    RAMON LOPEZ RIVERA
    JOSE CARRION MORALES
    COOP A/C LA CANDELARIA