

# IPA 307
## Centro Medicina Primaria De Vega Alta



Tel. 787-883-0124

Calle Muñoz Rivera #3
Vega Alta, P.R. 00692

Nombre: Roberto Maldonado                Fecha: 6/8/12

Dirección: _____ Edad: _____

℞ Pt refused above evaluation last 6/1/12 due URTS. Today complaint of cough, fever + nasal congestion. Just treated as a viral syndrome, now antibiotic is ordered for control the secretion proven. Continue with nebulizer next 5-7 days and respiratory therapy. Avoid exposure to dusty environment.

Lic. _____
D.M. _____                 _____ M.D.
DEA _____                          1046