IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>NELSON VARGAS CORDERO<br>MARY J. RODRIGUEZ QUIÑONES<br><br>Debtors<br><br>IN RE:<br>NELSON VARGAS CORDERO<br>MARY J. RODRIGUEZ QUIÑONES<br><br>Plaintiffs<br><br>vs.<br><br>COOPERATIVA DE AHORRO Y CREDITO NUESTRA SEÑORA DE LA CANDELARIA; X, Y, and/or Z INSURANCE CO.; JOHN DOE AND JANE ROE<br><br>Defendants<br><br>JOSE CARRION MORALES<br>CHAPTER 13 TRUSTEE/PARTY IN INTEREST<br>CASE 11-02484-BKT | Case No. 98-10612 (ESL)<br><br>CHAPTER 13<br><br><br><br><br><br><br><br><br><br>Adv. No. 11-00151- ESL<br><br>VIOLATION OF DISCHARGE INJUCTIVE RELIEF / CONTEMPT / DAMAGES |

MOTION REQUESTING CONTINUANCE OF TRIAL

TO HONORABLE COURT:

    Come now the parties through the undesigned attorneys who respectfully state, pray, and request as follows:

    The trial in this case is scheduled for February 5, 2013. The parties have reached an agreement to settle this case and accordingly request from the Court the continuance of the trial in lieu of the settlement agreement that will be submitted to the Court for which a term of time is requested until February 15, 2013.

WHEREFORE, it is respectfully requested from the Court to grant the motion.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this ___th day of January, 2013.

I hereby certify that on this same date a true and exact copy of this motion was sent to Edwin Matos Maldonado and Felix Zeno Gloró through the Electronic Case Management System just as to: Nancy Pujals, Esq.- nancy.pujals@usdoj.gov; Monsita Lecaroz, Esq. - monsita.lecaroz@usdoj.gov.

S/CYNTHIA NAVARRO PAGAN
CYNTHIA NAVARRO PAGAN
Attorney for Defendant
U.S. Id. 203602
C/7 N. E. #344, Suite 2-B
Esq. Franklin D. Roosevelt
San Juan, Puerto Rico 00921
Tel.: (787) 792-2955

S/ROBERTO MALDONADO NIEVES
ROBERTO MALDONADO NIEVES
Attorney for Defendant
U.S. Id. 202209
C/7 N. E. #344, Suite 1-A
Esq. Franklin D. Roosevelt
San Juan, Puerto Rico 00921
Tel. (787) 782-3221

S/EDWIN MATOS MALDONADO
EDWIN MATOS MALDONADO
Attorney for Plaintiff
U. S. Id. 226403
FELIX M. ZENO GLORO
U. S. Id. 124212
LIAVANESSSA FONTANEZ RUIZ
U. S. Id. 213707
P. O. Box 1945
Arecibo, Puerto Rico 00613
Tel. (787) 879-1760
Fax: (787) 880-2756

mpd

C:\Documents and Settings\Mayra\My Documents\My Files\La-Candelaria\Vargas\Requesting Continuance Trial.wpd