IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>NELSON VARGAS CORDERO and MARY J RODRIGUEZ QUINONES<br><br>Debtors | CASE NO. 98-10612 ESL<br><br>Chapter 13 |
| NELSON VARGAS CORDERO and MARY J RODRIGUEZ QUINONES<br><br>Plaintiffs<br><br>Vs.<br><br>COOPERATIVA DE AHORRO Y CREDITO NUESTRA SEÑORA DE LA CANDELARIA; JOHN DOE AND JANE ROE; X Y and/or Z INS COS; JOSE R CARRION, Chapter 13 Trustee<br><br>Defendants | ADV PRO NO. 11-00151 ESL<br><br><br><br><br><br><br><br><br><br>**FILED & ENTERED ON 03/20/2013** |

### ORDER APPROVING SETTLEMENT/STIPULATION

    This case is before the Court upon the settlement agreement/stipulation filed by the parties, docket entry #63.

    Due notice having been given, no opposition having been filed, and good cause appearing thereof, it is now ordered that the settlement agreement/stipulation be and is hereby approved.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 20 day of March, 2013.

                                                          Enrique S. Lamoutte Inclan
                                                          U. S. Bankruptcy Judge

CC:    DEBTORS/PLAINTIFFS
        FELIX ZENO GLORO
        JOSE R CARRION
        DEFENDANTS – CINTHIA NAVARRO PAGAN